UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| RACHEL BOHANON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:14-CV-469-PLR-HBG |
| | ) |
| EAST TENNESSEE HUMAN RESOURCE | ) |
| AGENCY, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## **MEMORANDUM AND ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and the referral of the District Judge [Doc. 50].

Now before the Court are a Motion for More Definite Statement [Doc. 42] and Second Motion for More Definite Statement [Doc. 46], filed by Defendants East Tennessee Human Resource Agency, Inc., and Stacie Basler (collectively "Defendants"). In their motion, Defendants move the Court to enter an Order requiring the Plaintiff to file a more definite Complaint in light of the Memorandum Opinion and Order entered September 25, 2015, [Doc. 41], which dismissed certain causes of action in this case.

Plaintiff has not responded to these motions, and her time for doing so has expired, see E.D. Tenn. L.R. 7.1; Fed. R. Civ. P. 5, 6. The Court may treat this lack of response as acquiescence to the relief sought. See E.D. Tenn. L.R. 7.2. The Court finds that the Motion for More Definite Statement and Second Motion for More Definite Statement may be granted on this basis alone.

Further, the Court has reviewed the Motion for More Definite Statement and Second Motion for More Definite Statement, and the Court finds that the arguments presented therein appear to be appropriately supported and consistent with applicable law.

Based upon the foregoing, the Court finds that the Motion for More Definite Statement [Doc. 42] and Second Motion for More Definite Statement [Doc. 46] are well-taken, and they are **GRANTED**.  The Plaintiff **SHALL FILE** an amended Complaint that is consistent with the Memorandum Opinion and Order [Doc. 41] on or before **January 22, 2016**.

**IT IS SO ORDERED.**

ENTER:

_____
United States Magistrate Judge